# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| RUBEN DIAZ, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 04-3336-CV-S-RED-H |
| ) | |
| ROBERT McFADDEN, Warden, ) | |
| United States Medical Center for ) | |
| Federal Prisoners, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Counsel for the petitioner has filed a Report to the Court, stating the petitioner has been released from the Bureau of Prisons and that the issues raised in his Petition for Writ of Habeas Corpus are now moot. For good cause appearing, it is hereby

ORDERED that the habeas corpus action filed in this matter be, and it is hereby, dismissed with prejudice.

                                        */s/ Richard E. Dorr*
                                    **RICHARD E. DORR**
                                **UNITED STATES DISTRICT JUDGE**

Date: September 19, 2005